IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD E. SCHROEDER,

    Petitioner,

v.

LIZZIE TEGELS,

    Respondent.

ORDER

Case No. 17-cv-139-bbc

    Petitioner Ronald E. Schroeder seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than March 16, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately August 14, 2016 through the date of the petition, February 14, 2017.

ORDER

    IT IS ORDERED that:

    1. Petitioner Ronald E. Schroeder may have until March 16, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before March 16, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 22nd day of February, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge