IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD E. SCHROEDER,

    Petitioner,   JUDGMENT IN A CIVIL CASE

v.   Case No. 17-cv-139-bbc

LIZZIE TEGELS,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Ronald E. Schroeder for a writ of corpus under 28 U.S.C. § 2254 and dismissing this case.

/s/   9/5/2017

Peter Oppeneer, Clerk of Court   Date