Ronald Schroeder
Waukesha Co. Jail
P.O. Box 217
Waukesha, WI 53187

DOC NO
REC'D/FILED
2017 SEP 27 AM 10: 22
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Sept. 24, 2017

Clerk, USCA7
219 S. Dearborn St, Rm. 2722
Chicago, IL 60604

Clerk, W.D. Wis. Ct.
120 N. Henry St, Rm. 320
Madison, WI 53703

Re: Schroeder v. Tegels, 3:17-cv-139-bbc
Notice of Appeal

Dear Clerks:

I wish to appeal Judge Crabb's 9/5/17 Order denying my 2254 habeas petition. Please construe this Notice liberally as I'm not familiar with this process and do not have access to relevant rules, procedures and legal authorities.

I also request a stay of this appeal. As grounds, I'm in the Waukesha Co. Jail. I received a 9/9/17 letter from my friend, (Catholic deacon) Ray Waitrovich (262-389-2909) stating, "Had your [legal] files in a see-through bag. Jail said they will accept nothing for inmates. Asked if I should mail it. They said that will not receive packages in mail" (emphasis in original). Jail staff won't allow me access to my case file. Moreover,

Clerk, USCA7
Clerk, W.D. Wis. Ct.
9/24/17
Page 2

the jail provides only state statutes and administrative code — no case law federal statutes or codes or federal rules of civil procedure. I'm hog tied without access to these legal authorities or my case file. And I don't know how long I'll be at this jail.

Thank you.

Respectfully,

*[signature]*

Ronald Schroeder

cc: Attorney General's Office
My file

P.S. Please update your records with my above address.